## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Nevada

Case Number: 2:21-CV-01669-JCM-BNW

Plaintiff:
**Becky Borden**

vs.

Defendant:
**Amerassist A/R Solutions, Inc.**

For:
Gustavo Ponce, Esq.
Kazerouni Law Group, APC
245 Fischer Ave.
Suite D1
Costa Mesa, CA 92626

Received by Sano Attorney Service to be served on **Amerassist A/R Solutions, Inc., 321 W Winni Lane, #104, Carson City, NV 89703**.

I, Tonya Malone, do hereby affirm that on the **13th day of September, 2021 at 1:04 pm**, I:

served a **CORPORATION**, pursuant to Rule 4 of the Federal Rules of Civil Procedure, by delivering a true copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet** to: **Cogency Global Inc., Shannon Foley Authorized Person**, at the address of: **321 W Winni Lane, #104, Carson City, NV 89703**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

Tonya Malone
R-100246

Sano Attorney Service
P.O. Box 1568
Riverside, CA 92502
(909) 425-2248

Our Job Serial Number: SNO-2021005896
Ref: Borden v. Amerassist A/R
Service Fee: $105.00