Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
*Becky Borden*

## UNITED STATES DISTRICT COURT

## DISTRCIT OF NEVADA

| | |
|---|---|
| BECKY BORDEN, | Case No.: 2:21-cv-01669-JCM-BNW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AMERASSIST A/R SOLUTIONS, INC** |
| vs. | |
| AMERASSIST A/R SOLUTIONS, INC., | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff BECKY BORDEN voluntarily dismisses the claims, with prejudice, against Defendant AMERASSIST A/R SOLUTIONS, INC in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 14th day of March 2022.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 14, 2022, the foregoing Notice was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By:  \_\_/s/ Gustavo Ponce_____
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6069 S. FORT APACHE ROAD, SUITE 100
LAS VEGAS, NV 89148
*Attorneys for Plaintiff*